**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TRELLIS QUINN,<br><br>                            Plaintiff,<br><br>         v.<br><br>JULIO CALDERIN, *et al.*,<br><br>                            Defendant(s). | Case No. 2:19-cv-442-MMD-DJA<br><br>**<u>AMENDED</u> ORDER RESETTING INMATE EARLY MEDIATION** |

On August 13, 2020, this Court issued an order setting the Inmate Early Mediation on Friday, August 28, 2020, at 8:30 a.m. (Docket No. 10).  The Court has since been advised by the Office of the Attorney General that this conflicts with another hearing and they asked that the mediation be rescheduled. The August 13, 2020, order (Docket 10) continues to govern the inmate early mediation except as MODIFIED as follows:

**IT IS HEREBY ORDERED** resetting the Inmate Early Mediation on Friday, November 20, 2020, at 8:30 a.m.

**IT IS SO ORDERED**.

Dated this 19th day of August 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE